STATE v. J. A. GIDDENS et al.

No. A-7106.   Opinion Filed July 20, 1929.
(279 Pac. 922.)

W. F. Pardoe, Co. Atty., and E. B. Hughes, Special Counsel, for the State.

Wallace & Wallace, R. K. Robertson, and Johnson & Jones, for defendants in error.

PER CURIAM.   The facts in this case are similar to those set out in No. A-7105. State v. Hudson, 44 Okla. Cr. 1, 279 Pac. 921, just decided. The case is abated as to Oliver H. Akin, deceased, and reversed and remanded as to the other defendants with instructions to the trial court to set aside its order sustaining the motion to quash, and for further proceedings in conformity to this opinion.